# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al., | ) |
| Plaintiffs, | ) No. 1:17-cv-00365-DAE |
| vs. | ) |
| GRANDE COMMUNICATIONS NETWORKS LLC, | ) NOTICE OF APPEAL |
| Defendant. | ) |

## DEFENDANT GRANDE COMMUNICATIONS NETWORKS LLC'S NOTICE OF APPEAL

Defendant Grande Communications Networks LLC ("Grande") hereby appeals, to the United States Court of Appeals for the Fifth Circuit, the Final Judgment (ECF No. 481) ("the Judgment") entered by the District Court for the Western District of Texas on January 30, 2023, and all orders, rulings, and determinations subsumed within the Judgment.

Grande further notes that on February 27, 2023, Grande timely moved under Fed. R. Civ. P. 50(b) and 59(a) to renew its motion for judgment as a matter of law and, in the alternative, request a new trial. *See* ECF No. 487. Accordingly, this Notice of Appeal will become effective once this District Court disposes of Grande's Renewed Motion for Judgment as a Matter of Law or a New Trial. *See* Fed. R. App. P. 4(a)(4)(B)(i).

Dated: March 1, 2023

By: /s/ *Richard L. Brophy*
Richard L. Brophy
Zachary C. Howenstine
Mark A. Thomas
Margaret R. Szewczyk

Sydney K. Johnson
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone: 314.621.5070
Fax: 314.621.5065
rbrophy@atllp.com
zhowenstine@atllp.com
mathomas@atllp.com
mszewczyk@atllp.com
skjohnson@atllp.com

J. Stephen Ravel
Texas State Bar No. 16584975
Diana L. Nichols
Texas State Bar No. 00784682
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Telephone: 512.495.6429
Fax: 512.495.6401
Email: steve.ravel@kellyhart.com
       diana.nichols@kellyhart.com

*Attorneys for Defendant Grande Communications Networks LLC*