UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al., | ) |
| Plaintiffs, | ) |
| vs. | ) No. 1:17-cv-00365-DAE |
| GRANDE COMMUNICATIONS NETWORKS LLC, | ) |
| Defendant. | ) |

### PLAINTIFFS' NOTICE OF CONDITIONAL CROSS-APPEAL

Plaintiffs hereby cross-appeal, to the United States Court of Appeals for the Fifth Circuit, from the Final Judgment (Dkt. 481) entered by the District Court for the Western District of Texas on January 30, 2023, and all orders, rulings, and determinations subsumed within the Final Judgment. Plaintiffs' cross-appeal is conditional on the appeal filed by Defendant Grande Communications Networks LLC ("Grande") (Dkt. 488) resulting in any portion of the Final Judgment being reversed or remanded to the District Court.

Plaintiffs acknowledge that Grande filed a motion under Rules 50(b) and 59(a) of the Federal Rules of Civil Procedure (Dkt. 487), and that its notice of appeal will become effective once the District Court resolves that motion. The same is true for Plaintiffs' notice of conditional cross-appeal.

Dated: March 13, 2023.　　　　　　　　　　Respectfully Submitted:

　　　　　　　　　　　　　　　　　　　　By: _/s/ Andrew H. Bart_
　　　　　　　　　　　　　　　　　　　　Andrew H. Bart (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Jacob L. Tracer (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　**Jenner & Block LLP**
　　　　　　　　　　　　　　　　　　　　1135 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 891-1600
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 891-1699
　　　　　　　　　　　　　　　　　　　　abart@jenner.com
　　　　　　　　　　　　　　　　　　　　jtracer@jenner.com

　　　　　　　　　　　　　　　　　　　　Robert B. Gilmore (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Philip J. O'Beirne (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Kevin J. Attridge (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　**Stein Mitchell Beato & Missner LLP**
　　　　　　　　　　　　　　　　　　　　901 15th Street, N.W., Suite 700
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 737-7777
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 296-8312
　　　　　　　　　　　　　　　　　　　　rgilmore@steinmitchell.com
　　　　　　　　　　　　　　　　　　　　pobeirne@steinmitchell.com
　　　　　　　　　　　　　　　　　　　　kattridge@steinmitchell.com

　　　　　　　　　　　　　　　　　　　　Daniel C. Bitting (State Bar No. 02362480)
　　　　　　　　　　　　　　　　　　　　Paige A. Amstutz (State Bar No. 00796136)
　　　　　　　　　　　　　　　　　　　　**Scott Douglass & McConnico LLP**
　　　　　　　　　　　　　　　　　　　　303 Colorado Street, Suite 2400
　　　　　　　　　　　　　　　　　　　　Austin, TX 78701
　　　　　　　　　　　　　　　　　　　　Telephone: (512) 495-6300
　　　　　　　　　　　　　　　　　　　　Facsimile: (512) 495-6399
　　　　　　　　　　　　　　　　　　　　dbitting@scottdoug.com
　　　　　　　　　　　　　　　　　　　　pamstutz@scottdoug.com

　　　　　　　　　　　　　　　　　　　　***Attorneys for Plaintiffs***

# CERTIFICATE OF SERVICE

　　　The undersigned certifies that on March 13, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(b)(1).

　　　　　　　　　　　　　　　　　　　　_/s/ Paige Arnette Amstutz_
　　　　　　　　　　　　　　　　　　　　Paige Arnette Amstutz