

July 12, 2023

**VIA ECF**

United States Court of Appeals
Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place, Suite 115
New Orleans, LA 70130-3408
Attn: Lyle W. Cayce, Clerk

    Re:    Unopposed Attorney Extension Request in matter *UMG Recordings v. Grande Communications Networks, LLC*, Case No. 23-50162

Dear Mr. Cayce:

    This firm represents Appellant Grande Communications Networks, LLC ("Appellant") in the above-referenced matter. We write to respectfully request an extension of time to submit Appellant's Opening Brief in this matter. The Opening Brief is currently due on August 7, 2023. *See* ECF No. 36 (docketing notice of appeal on June 9, 2023). We request an extension of 30 days, for a new due date of September 6, 2023. This is Appellant's first request for an extension, and Appellees do not oppose this request.

    In support of this extension request, Appellant submits that there is good cause for a 30-day extension. First, the appeal and cross-appeal in this case arise from a three-week jury trial, so the record on appeal is extraordinarily large and the legal issues—including copyright law issues of first impression in this Circuit—are complex.

    Second, in the weeks leading up to the current deadline, there are a number of other matters requiring the attention of counsel for Appellant, including one in a matter pending before a sister circuit: a mandatory mediation on July 19 in *Foss v. Marvic, Inc.*, No. 23-1214 (1st Circuit); a summary judgment brief due July 13 and a court hearing on July 18 in *Superior Industries, Inc. v. Precision, Inc.*, No. 4:21-cv-224 (S.D. Iowa); a motion to dismiss brief and patent disclosures due on July 21 in *Graham Packaging Co. v. Ring Container Technologies, LLC*, No. 3:23-cv-110 (W.D. Ky.); and a July 25 hearing on Appellant's Motion to Stay Execution of Judgment in the underlying case from which this appeal and cross-appeal arise. These matters will interfere with counsel's ability to prepare an adequate Opening Brief, in consultation with our client, by the current due date of August 7, 2023.

And, third, undersigned counsel for Appellant has a pre-planned and pre-paid international family vacation set for July 24-August 4 that will hinder Appellant's ability to prepare its Opening Brief.

As stated above, Appellees do not oppose this request.  Therefore, Appellant respectfully requests a 30-day extension of time, up to and including September 6, 2023, to file its Opening Brief.

Respectfully Submitted,

*/s/ Zachary C. Howenstine*
Zachary C. Howenstine

Richard L. Brophy
Zachary C. Howenstine
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Tel: 314.621.5070
rbrophy@atllp.com
zhowenstine@atllp.com

CC:    All counsel of record via ECF