No. 23-50162
_____

**In the United States Court of Appeals
for the Fifth Circuit**
_____

**UMG RECORDINGS, INC.; ET AL.**,
*Plaintiffs-Appellees/Cross-Appellants*

v.

**GRANDE COMMUNICATIONS NETWORKS, LLC**,
*Defendant-Appellant/Cross-Appellee.*
_____

On appeal from the United States District Court for the
Western District of Texas, Austin Division
No. 1:17-cv-365
_____

**UNOPPOSED APPELLANT'S MOTION TO VIEW
AND OBTAIN SEALED PORTIONS OF THE RECORD ON APPEAL**
_____

Defendant-Appellant Grande Communications Networks, LLC files this unopposed motion requesting the ability to view and obtain all sealed portions of the record on appeal. The requested relief is intended to facilitate Defendant-Appellant's review of the electronic ROA, and to enable Defendant-Appellant to accurately identify and cite to sealed portions of the record below in briefs and other filings in this appeal.

Counsel for Plaintiffs-Appellees, UMG Recordings, Inc., *et al.*, advises that their clients are not opposed to the relief sought by this motion.

1

**PRAYER**

Defendant-Appellant requests that this Court grant counsel of record on appeal (who have filed appearance of counsel forms in this appeal) the ability to view and to obtain all portions of the sealed record on appeal as numbered in the electronic ROA.

Respectfully submitted,

*/s/ Zachary C. Howenstine*
Richard L. Brophy
Zachary C. Howenstine
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Facsimile: (314) 621-5065
E-mail:　　rbrophy@atllp.com
　　　　　　zhowenstine@atllp.com

*Counsel for Defendant-Appellant / Cross-Appellee Grande Communications Networks LLC*

## CERTIFICATE OF CONFERENCE

I conferred with Jacob Tracer, counsel on appeal for Plaintiffs-Appellees, and they are not opposed to the relief requested in this motion, specifically, granting counsel for Defendant-Appellant access to view and obtain the sealed portions of the record on appeal.

Defendant-Appellant is likewise not opposed to the same relief being afforded to counsel for Plaintiffs-Appellees in this appeal.

<i>/s/ Zachary C. Howenstine</i><br>
Zachary C. Howenstine

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2023, a copy of the foregoing document was filed and served electronically through the Court's Electronic Case Filing System on counsel for Plaintiffs-Appellees, UMG Recordings, Inc., *et al.*:

*VIA ECF:*

Andrew H. Bart
Jacob Tracer
JENNER & BLOCK, L.L.P.
1155 Avenue of the Americas
New York, NY 10036
Email:    abart@jenner.com
          jtracer@jenner.com

Michael Anthony Petrino
STEIN MITCHELL BEATO & MISSNER, L.L.P.
2000 K Street, N.W., Suite 600
Washington, DC 20006
Email:    mpetrino@steinmitchell.com

Paige Arnette Amstutz
SCOTT, DOUGLAS & MCCONNICO, L.L.P.
303 Colorado Street, Suite 2400
Austin, TX 78701
Email:    pamstutz@scottdoug.com

> */s/ Zachary C. Howenstine*
> Zachary C. Howenstine

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

1.This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this Motion contains <u>126</u> words, which is within the length limit of 5,200 words for Motions produced using a computer imposed by Fed. R. App. P. 27(d)(2). (Even if the parts of the document exempted by Fed. R. App. P. 32(a)(7) are counted, the Motion contains <u>568</u> words in total.)

2.This document complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E) governing Motions—which in turn requires compliance with Fed. R. App. P. 32(a)(5)'s typeface requirements and Fed. R. App. P. 32(a)(6)'s type-style requirements—because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365, in 14 point Times New Roman, with the exception of footnotes, which are in 12 point Times New Roman, as permitted by 5th Cir. R. 32.1.