No. 23-50162
_____

**In the United States Court of Appeals
for the Fifth Circuit**
_____

**UMG RECORDINGS, INCORPORATED; CAPITOL RECORDS, L.L.C.; WARNER BROS. RECORDS, INCORPORATED; SONY MUSIC ENTERTAINMENT; ARISTA RECORDS, L.L.C.; ARISTA MUSIC; ATLANTIC RECORDING CORPORATION; CAPITOL CHRISTIAN MUSIC GROUP, INCORPORATED; ELEKTRA ENTERTAINMENT GROUP, INCORPORATED; FONOVISA, INCORPORATED; FUELED BY RAMEN, L.L.C.; LAFACE RECORDS, L.L.C.; NONESUCH RECORDS, INCORPORATED; RHINO ENTERTAINMENT COMPANY; ROADRUNNER RECORDS, INCORPORATED; ROC-A-FELLA RECORDS, L.L.C.; TOOTH & NAIL, L.L.C.; ZOMBA RECORDING, L.L.C.**,
*Plaintiffs-Appellees/Cross-Appellants*

v.

**GRANDE COMMUNICATIONS NETWORKS, L.L.C.**,
*Defendant-Appellant/Cross-Appellee.*
_____

On appeal from the United States District Court for the
Western District of Texas, Austin Division
No. 1:17-cv-365
_____

**UNOPPOSED APPELLANT'S MOTION FOR A LEVEL 2 EXTENSION**
_____

Under Fifth Circuit Rule 31.4.3.2, Defendant-Appellant/Cross-Appellee Grande Communications Networks, LLC ("Appellant") moves for an additional 14-day extension of time to file its opening brief, from September 6, 2023 to September 20, 2023. Appellees do not oppose this Motion.

1

The original deadline for Appellant's opening brief was August 7, 2023. ECF No. 36. On July 12, 2023, Appellant requested a 30-day Level 1 extension, to September 6, 2023, primarily due to the unavailability of Appellant's counsel leading up to the August 7 deadline. ECF No. 42. The Court granted this request on July 13, 2023. ECF No. 43.

Appellant respectfully requests an additional extension of 14 days, resulting in a September 20, 2023 deadline for Appellant's opening brief. Counsel for Appellant has conferred with counsel for Appellees to explain the reasons for this request, and Appellees do not oppose. Appellant does not intend to seek any further extension of time to file its opening brief, barring a major unforeseen issue.

In support of this request for a Level 2 extension, Appellant submits that special circumstances exist that show a substantial need warranting an additional 14-day extension of time.

First, Appellant's counsel has been diligently working to prepare its opening brief. The complex nature of the case, however, creates a substantial need for the requested additional time. The litigation from which the appeal and cross-appeal arise is exceptionally complex. This is an appeal from a $46.8 million judgment in favor of the three major U.S. record labels (represented by nearly 20 individual plaintiffs), holding Appellant—an internet service provider—secondarily liable for copyright infringement committed by users of its internet service. The case resulted

in a jury verdict following a three-week trial in which 24 witnesses testified (both in person and via video) and over one hundred exhibits were introduced into evidence (including individual exhibits that are compilations of voluminous records or data). The case involved numerous intricate legal issues, including issues of first impression for the Fifth Circuit.  Indeed, the District Court noted the complexity of the case and acknowledged that issues would need to be resolved on appeal.  *See*, *e.g.*, ROA.23-50162.11465; ROA23-50162.13657-13658.  The additional time requested will allow Appellant to address the issues on appeal fully and properly in its opening brief, which will in turn streamline the resolution of the case through the appellate process.

Second, Grande recently retained appellate counsel, Dana Livingston, who filed her form for appearance of counsel in this case on Monday.  ECF No. 51.  The requested extension is intended to ensure that Ms. Livingston will have had adequate time to familiarize herself with the record and the issues on appeal so that she may make a meaningful contribution to Appellant's opening brief.

And, third, the current deadline of September 6, 2023 immediately follows Labor Day weekend.  This is likely to hinder counsels' ability to confer with their client to finalize Appellant's opening brief.  A deadline of September 20, 2023 would avoid these complications.

## PRAYER

Appellant respectfully requests that the Court enter an order granting Appellant a final 14-day extension of time, up to and including September 20, 2023, to file its opening brief.

                                                  Respectfully submitted,

                                                  */s/ Zachary C. Howenstine*
                                                  Richard L. Brophy
                                                  Zachary C. Howenstine
                                                  ARMSTRONG TEASDALE LLP
                                                  7700 Forsyth Blvd., Suite 1800
                                                  St. Louis, MO 63105
                                                  Telephone:  (314) 621-5070
                                                  Facsimile:   (314) 621-5065
                                                  E-mail:       rbrophy@atllp.com
                                                                             zhowenstine@atllp.com

                                                  Dana Livingston
                                                  COKINOS YOUNG, P.C.
                                                  900 S. Capital of Texas Hwy.
                                                  Suite 425
                                                  Austin, TX 78746
                                                  Telephone:  (512) 482-9304
                                                  Facsimile:   (512) 610-1184
                                                  E-mail:       dlivingston@cokinoslaw.com

                                                *Counsel for Defendant-Appellant / Cross-Appellee Grande Communications Networks LLC*

## CERTIFICATE OF CONFERENCE

I conferred with Jacob Tracer, counsel on appeal for Plaintiffs-Appellees/Cross-Appellants, and Plaintiffs-Appellees/Cross-Appellants are not opposed to the relief requested in this motion.

*/s/ Zachary C. Howenstine*
Zachary C. Howenstine

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2023, a copy of the foregoing document was filed and served electronically through the Court's Electronic Case Filing System on counsel for Plaintiffs-Appellees/Cross-Appellants, UMG Recordings, Inc., *et al.*:

***VIA ECF:***

Andrew H. Bart
Jacob Tracer
JENNER & BLOCK, L.L.P.
1155 Avenue of the Americas
New York, NY 10036
Email:      abart@jenner.com
            jtracer@jenner.com

Michael Anthony Petrino
STEIN MITCHELL BEATO & MISSNER, L.L.P.
2000 K Street, N.W., Suite 600
Washington, DC 20006
Email:      mpetrino@steinmitchell.com

Paige Arnette Amstutz
SCOTT, DOUGLAS & MCCONNICO, L.L.P.
303 Colorado Street, Suite 2400
Austin, TX 78701
Email:      pamstutz@scottdoug.com

                                          */s/ Zachary C. Howenstine*
                                          Zachary C. Howenstine

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

1. This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this Motion contains <u>522</u> words, which is within the length limit of 5,200 words for Motions produced using a computer imposed by Fed. R. App. P. 27(d)(2). (Even if the parts of the document exempted by Fed. R. App. P. 32(a)(7) are counted, the Motion contains 1,009 words in total.)

2. This document complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E) governing Motions—which in turn requires compliance with Fed. R. App. P. 32(a)(5)'s typeface requirements and Fed. R. App. P. 32(a)(6)'s type-style requirements—because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365, in 14 point Times New Roman, with the exception of footnotes, which are in 12 point Times New Roman, as permitted by 5th Cir. R. 32.1.

*/s/ Zachary C. Howenstine*
Zachary C. Howenstine
