# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 17, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50162   UMG Recordings v. Grande Comm
                   USDC No. 1:17-CV-365

The court has granted an extension of time to and including 11/6/2024 to Appellees/Cross-Appellants for filing a petition for rehearing in this case.

You are reminded that we must actually receive any petition for rehearing in this office by the due date.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Casey A. Sullivan, Deputy Clerk
                              504-310-7642

Ms. Paige Arnette Amstutz
Mr. Scott H. Angstreich
Mr. Andrew H. Bart
Mr. Richard L. Brophy
Mr. Ian Heath Gershengorn
Mr. Zachary C. Howenstine
Ms. Dana Livingston
Mr. Michael Anthony Petrino
Mr. Robert Henry Rotstein