# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 07, 2024

Mr. Andrew H. Bart
Jenner & Block, L.L.P.
1155 Avenue of the Americas
New York, NY 10036

Ms. Dana Livingston
Cokinos Young, P.C.
900 S. Capital of Texas Highway
Las Cimas IV
Suite 425
Austin, TX 78746

    No. 23-50162    UMG Recordings v. Grande Comm
                    USDC No. 1:17-CV-365

Dear Counsel:

This letter will serve to confirm my telephone conversation and voicemail left this day advising the parties that the court has requested a response to the Appellee/Cross-Appellants' Petition for Rehearing En Banc and a response to the Appellant/Cross-Appellee's Petition for Rehearing En Banc be filed in this office on or before November 18, 2024.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Casey A. Sullivan, Deputy Clerk
                    504-310-7642

cc:
    Ms. Paige Arnette Amstutz
    Mr. Scott H. Angstreich
    Mr. Richard L. Brophy
    Mr. Ian Heath Gershengorn
    Mr. Zachary C. Howenstine
    Mr. Michael Anthony Petrino

Mr. Robert Henry Rotstein