No. 23-50162

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

UMG RECORDINGS, INCORPORATED; CAPITOL RECORDS, L.L.C.; WARNER BROS. RECORDS, INCORPORATED; SONY MUSIC ENTERTAINMENT; ARISTA RECORDS, L.L.C.; ARISTA MUSIC; ATLANTIC RECORDING CORPORATION; CAPITOL CHRISTIAN MUSIC GROUP, INCORPORATED; ELEKTRA ENTERTAINMENT GROUP, INCORPORATED; FONOVISA, INCORPORATED; FUELED BY RAMEN, L.L.C.; LAFACE RECORDS, L.L.C.; NONESUCH RECORDS, INCORPORATED; RHINO ENTERTAINMENT COMPANY; ROADRUNNER RECORDS, INCORPORATED; ROC-A-FELLA RECORDS, L.L.C.; TOOTH & NAIL, L.L.C.; ZOMBA RECORDING, L.L.C.,

*Plaintiffs-Appellees/Cross-Appellants*,

*v.*

GRANDE COMMUNICATIONS NETWORKS, LLC,

*Defendant-Appellant/Cross-Appellee.*

On Appeal from the United States District Court
for the Western District of Texas (Austin)
No. 1:17-cv-000365-DAE

**UNOPPOSED MOTION OF APPELLEES/CROSS-APPELLANTS FOR EXTENSION OF TIME TO FILE RESPONSE/OPPOSITION TO PETITION FOR REHEARING *EN BANC***

Pursuant to Federal Rule of Appellate Procedure 27, Appellees/Cross-Appellants ("Appellees") respectfully move for a 14-day extension of time to file their response/opposition to the petition for rehearing *en banc* of Appellant/Cross-Appellee ("Appellant'), to and including December 2, 2024. Appellant does not oppose this Motion. In support, Appellees state as follows:

1. This Court entered its opinion and final judgment on October 9, 2024. ECF Nos. 117-1, 118.

2. Appellees requested and received one extension of time within which to file their petition for rehearing. *See* ECF Nos. 124, 132.

3. Appellant requested and received-in-part one extension of time within which to file its petition for rehearing. ECF Nos. 123, 130.

4. Appellees and Appellant timely filed their respective petitions for rehearing *en banc* on November 6, 2024. ECF Nos. 134, 135.

5. On November 7, 2024, this Court withheld issuance of the mandate. ECF No. 138.

6. Also on November 7, 2024, this Court requested a response/opposition to each petition for rehearing *en banc*, due on November 18, 2024. *See* ECF No. 140.

7. Given the complexity of this matter, the significance of the issues to their clients, and Appellees' need to carefully review Appellant's petition for rehearing *en banc*, conduct legal research, prepare a draft response/opposition, and consult with their clients, counsel requests an additional 14 days to file their response/opposition to Appellant's petition for rehearing *en banc*.

8. In addition, time commitments in other matters will prevent lead appellate counsel for Appellees from undertaking the tasks necessary to prepare the response/opposition by the current due date.

9. As such, Appellees respectfully request a 14-day extension of time, until December 2, 2024, to file their response/opposition to Appellant's petition for rehearing *en banc*.

10. This is Appellees' first request for an extension with respect to filing a response/opposition to Appellant's petition for rehearing *en banc*.

11. Counsel for Appellees conferred with counsel for Appellant regarding this request, and Appellant does not oppose the relief requested in this motion.

**PRAYER FOR RELIEF**

Counsel for Appellees respectfully move for a 14-day extension of time to file their response/opposition to Appellant's petition for rehearing *en banc*, currently due on November 18, 2024, to and including December 2, 2024.

Dated: November 11, 2024            Respectfully submitted,

/s/ Andrew H. Bart
Andrew H. Bart
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
(212) 891-1645
abart@jenner.com

# CERTIFICATE OF CONFERENCE

In advance of filing this motion, I conferred with Zachary C. Howenstine, counsel for Defendant-Appellant/Cross-Appellee. Mr. Howenstine advised that Defendant-Appellant/Cross-Appellee does not oppose the relief requested in this motion.

/s/ Andrew H. Bart

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2024, I caused the **Unopposed Motion of Appellees/Cross-Appellants for Extension of Time to File Response/Opposition to Petition for Rehearing *En Banc*** to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify that service on opposing counsel will be accomplished by the CM/ECF system.

/s/ Andrew H. Bart
Andrew H. Bart

# CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 27(a)(2)(B), this document contains 368 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 27(d)(1)(E) and Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365, in 14 point Century Schoolbook, as permitted by Fifth Cir. R. 32.1.

/s/ Andrew H. Bart
Andrew H. Bart