

# United States Court of Appeals
## for the Fifth Circuit

Certified as a true copy and issued as the mandate on Dec 16, 2024

Attest:  *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 9, 2024
Lyle W. Cayce
Clerk

No. 23-50162

UMG RECORDINGS, INCORPORATED; CAPITOL RECORDS, L.L.C.; WARNER BROS. RECORDS, INCORPORATED; SONY MUSIC ENTERTAINMENT; ARISTA RECORDS, L.L.C.; ARISTA MUSIC; ATLANTIC RECORDING CORPORATION; CAPITOL CHRISTIAN MUSIC GROUP, INCORPORATED; ELEKTRA ENTERTAINMENT GROUP, INCORPORATED; FONOVISA, INCORPORATED; FUELED BY RAMEN, L.L.C.; LAFACE RECORDS, L.L.C.; NONESUCH RECORDS, INCORPORATED; RHINO ENTERTAINMENT COMPANY; ROADRUNNER RECORDS, INCORPORATED; ROC-A-FELLA RECORDS, L.L.C.; TOOTH & NAIL, L.L.C.; ZOMBA RECORDING, L.L.C.,

*Plaintiffs—Appellees/Cross-Appellants*,

versus

GRANDE COMMUNICATIONS NETWORKS, L.L.C.,

*Defendant—Appellant/Cross-Appellee.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:17-CV-365

_____

Before HIGGINBOTHAM, STEWART, and HIGGINSON, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART and REVERSED IN PART, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.