# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

RECEIVED

APR 07 2026

U.S. COURT OF APPEALS
FIFTH CIRCUIT

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 6, 2026

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

Re:  Grande Communications Networks, LLC
v. UMG Recordings, Incorporated, et al.
No. 24-967
(Your No. 23-50162)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.  The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *Cox Communications, Inc.* v. *Sony Music Entertainment*, 607 U. S. ___ (2026).

The judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45.  Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

Scott S. Harris, Clerk