# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 8, 2026

Clerk
United States Court of Appeals
  for the Fifth Circuit
F. Edward Hèbert Bldg.
600 S. Maestri Place
New Orleans, LA 70130

> Re:  **Grande Communications Networks
>       v. UMG Recordings, Inc., et al.
>       No. 24-967 (Your docket No. 23-50162)**

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 8, 2026

Mr. Daniel L. Geyser, Esq.
Haynes and Boone, LLP
2801 N. Harwood Street, Ste. 2300
Dallas, TX 75201

Mr. Paul D. Clement, Esq.
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

      Re:   **Grande Communications Networks
             v. UMG Recordings, Inc., et al.
             No. 24-967**

Dear Counsel:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.

    The petitioner is given recovery of costs in this Court as follows:

        **Clerk's costs:**            **$300.00**

This amount may be recovered from the respondents.

                Sincerely,

                SCOTT S. HARRIS, Clerk

                By

                M. Altner
                Assistant Clerk – Judgments

cc: 5th. Cir.
      (Your docket No. 23-50162)

# Supreme Court of the United States

No. 24-967

GRANDE COMMUNICATIONS NETWORKS, LLC,

Petitioner,

*v.*

UMG RECORDINGS, INCORPORATED, ET AL.

ON PETITION FOR WRIT OF CERTIORARI to the United States Court of Appeals for the Fifth Circuit.

THIS CAUSE having been submitted on the petition for writ of certiorari and the response thereto.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is vacated, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *Cox Communications, Inc.* v. *Sony Music Entertainment,* 607 U. S. ___ (2026).

IT IS FURTHER ORDERED that the petitioner, Grande Communications Networks, LLC, recover from UMG Recordings, Incorporated, et al., Three Hundred Dollars ($300.00) for costs herein expended.

April 6, 2026

Clerk's costs: $300.00



A True Copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States