No. 23-50162

---

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

---

UMG RECORDINGS, INC.; CAPITOL RECORDS, L.L.C.; WARNER
BROS. RECORDS, INCORPORATED; SONY MUSIC
ENTERTAINMENT; ARISTA RECORDS, L.L.C.; ARISTA MUSIC;
ATLANTIC RECORDING CORPORATION; CAPITOL CHRISTIAN
MUSIC GROUP, INC.; ELEKTRA ENTERTAINMENT GROUP,
INCORPORATED; FONOVISA, INC.; FUELED BY RAMEN, L.L.C.;
LAFACE RECORDS, L.L.C.; NONESUCH RECORDS, INCORPORATED;
RHINO ENTERTAINMENT COMPANY; ROADRUNNER RECORDS,
INCORPORATED; ROC-A-FELLA RECORDS, L.L.C.; TOOTH & NAIL,
L.L.C.; ZOMBA RECORDING, L.L.C.,

Plaintiffs-Appellees/Cross-Appellants,

v.

GRANDE COMMUNICATIONS NETWORKS, LLC,

Defendant-Appellant/Cross-Appellee.

---

On Appeal from the United States District Court for the
Western District of Texas (Austin)
No. 1:17-cv-000365-DAE

---

# UNOPPOSED MOTION TO WITHDRAW ANDREW H. BART
# AS COUNSEL OF RECORD

---

4935-0026-8729

Plaintiffs-Appellees/Cross-Appellants ("Plaintiffs") respectfully move for permission to withdraw attorney Andrew H. Bart as counsel of record. Mr. Bart retired from Jenner & Block LLP, which previously represented Plaintiffs in this matter. Plaintiffs will continue to be represented by other counsel who have entered appearances in this matter, including the undersigned.

Defendant-Appellant/Cross-Appellee Grande Communications Networks, LLC does not oppose this motion.

Dated: June 30, 2026.                     Respectfully submitted,

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz
SCOTT DOUGLASS &
McCONNICO
303 Colorado Street, Suite 2400
Austin, TX 78701
(512) 495-6300
pamstutz@scottdoug.com

*Counsel for Plaintiffs-Appellees/Cross-Appellants*

4935-0026-8729

## CERTIFICATE OF CONFERENCE

In advance of filing this motion, I conferred with Zachary C. Howenstine, counsel for Defendant-Appellant/Cross-Appellee. Mr. Howenstine advised that Defendant-Appellant/Cross-Appellee does not oppose the relief requested in this motion.

Dated:  June 30, 2026.                    */s/ Paige Arnette Amstutz*
                                          Paige Arnette Amstutz


## CERTIFICATE OF SERVICE

I hereby certify that, on June 30, 2026, I caused the **Unopposed Motion to Withdraw Andrew H. Bart as Counsel of Record** to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify that service on opposing counsel will be accomplished by the CM/ECF system.

                                          */s/ Paige Arnette Amstutz*
                                          Paige Arnette Amstutz


## CERTIFICATE OF COMPLIANCE

1.      This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 27(a)(2)(B), this document contains 402 words.

2.      This document complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365, in 14 point Century Schoolbook.

                                          */s/Paige Arnette Amstutz*
                                          Paige Arnette Amstutz

4935-0026-8729