# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 15, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 23-50162   UMG Recordings v. Grande Comm
USDC No. 1:17-CV-365

Enclosed is an order entered in this case.

Supplemental letter briefs are due by 7/29/2026.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

Ms. Paige Arnette Amstutz
Mr. Scott H. Angstreich
Mr. Richard L. Brophy
Mr. Zachary C. Howenstine
Ms. Dana Livingston
Mr. Robert Henry Rotstein