# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 15, 2026

Lyle W. Cayce
Clerk

No. 23-50162

UMG Recordings, Incorporated; Capitol Records, L.L.C.; Warner Bros. Records, Incorporated; Sony Music Entertainment; Arista Records, L.L.C.; Arista Music; Atlantic Recording Corporation; Capitol Christian Music Group, Incorporated; Elektra Entertainment Group, Incorporated; Fonovisa, Incorporated; Fueled by Ramen, L.L.C.; LaFace Records, L.L.C.; Nonesuch Records, Incorporated; Rhino Entertainment Company; Roadrunner Records, Incorporated; Roc-A-Fella Records, L.L.C.; Tooth & Nail, L.L.C.; Zomba Recording, L.L.C.,

> *Plaintiffs—Appellees/Cross-Appellants*,

*versus*

Grande Communications Networks, L.L.C.,

> *Defendant—Appellant/Cross-Appellee.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:17-CV-365

ORDER:

No. 23-50162

IT IS ORDERED that Appellant's opposed motion to file supplemental letter briefs not to exceed 5 pages and to be filed 14 days from this order addressing the impact of the Supreme Court's decision in *Cox Communications, Inc. v. Sony Music Entertainment* is GRANTED.


LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT